UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEROME EDWIN MONTGOMERY,

        Plaintiff,

Case No. 1:23-cv-523

Hon. Paul L. Maloney

v.

MARGARET OUELLETTE,

        Defendant.
_____/

**ORDER LIFTING STAY AND RE-OPENING CASE**

The Court stayed and administratively closed this case on January 24, 2025.  *See* Order (ECF No. 41).  At that time, all pending motions were terminated without decision.

The stay in this case is **LIFTED** and this case is **RE-OPENED**.

An amended case management order will issue.

**IT IS SO ORDERED**.

Dated:  May 20, 2025                              /s/ Ray Kent
                                                          RAY KENT
                                                          United States Magistrate Judge