UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JEROME EDWIN MONTGOMERY #204158,

     Plaintiff,

                               Case No.  1:23-cv-523

v.

                               HONORABLE PAUL L. MALONEY

MARGARET OUELLETTE,

     Defendant.

_____/


## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  February 27, 2026                     /s/  Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge